**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-03435-CMA-KMT

GRANGE INSURANCE ASSOCIATION,

    Petitioner,

v.

RUTH E. HUMPHREYS,

    Respondent.

___

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
___

    Pursuant to the Stipulation for Dismissal Without Prejudice (Doc. # 27), signed by the attorneys for the parties hereto, it is

    ORDERED that this case is DISMISSED WITHOUT PREJUDICE, each party to pay her or its own attorney fees and costs.

    DATED:  October  28 , 2014

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge